```
                 IN THE UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| LESLIE ROTH, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CV558 |
| | ) | |
| v. | ) | |
| | ) | |
| GARY WIESE, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff has filed a motion for protective order seeking to quash notices of depositions currently scheduled for July 22 in LaCrosse, Wisconsin. Waiting for "rule-time" responses from the defendant would require postponement of the depositions.

IT THEREFORE HEREBY IS ORDERED,

1. A hearing on the motion for protective order, filing 24, shall be held before the undersigned by telephone conference call, on July 20, 2005 at 10:00 a.m., or as soon thereafter as the matter may be heard. Counsel shall telephone my office as soon as possible to arrange the call.

2. Pending resolution of the motion, the depositions shall not take place.

3. Defendant's counsel may file opposing evidence and his brief in opposition at any time before the hearing; however, given the time constraints, such filings are not required by the court unless in defendant's counsel's judgment they are required for a full understanding of the dispute.

DATED this 18th day of July, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge