IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LESLIE ROTH, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CV558 |
| | ) | |
| v. | ) | |
| | ) | |
| GARY WIESE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

Upon the oral stipulation of the parties that the plaintiff's motion for protective order be withdrawn as a result of the parties having resolved their differences by mutual agreement,

IT IS ORDERED that plaintiff's motion for a protective order to quash notices of depositions, filing 24, is withdrawn and the telephone conference that was set for July 20, 2005 at 10:00 a.m. is cancelled.

DATED this 19th day of July, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge