IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LESLIE ROTH, | ) | 8:04CV558 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| GARY WIESE, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on Defendant Gary Wiese's motion in limine regarding admission of expert testimony at trial (Filing No. 40). The court finds oral argument shall be heard on this matter. Accordingly,

**IT IS ORDERED** that argument on the motion is scheduled before the undersigned on **August 22, 2005 at 10:00 a.m.,** in the Court of Appeals Courtroom, Fourth Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, or counsel may appear telephonically by calling 402-661-7575 at 10.00 a.m.

DATED this 12th day of August, 2005.

BY THE COURT:

s/ William Jay Riley
United States Circuit Judge
(Sitting by Designation)