IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LESLIE ROTH, | ) | 8:04CV558 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| GARY WIESE, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of the law firm of Copple & Rockey P.C. to withdraw as legal counsel for Defendant Gary Wiese (Filing No. 110). The court notes it appears the time for appealing the judgment has expired, and no further activity is contemplated in this case. Although substitute counsel has not entered an appearance in this case, the court grants the motion to withdraw.

**IT IS ORDERED** that Copple & Rockey P.C.'s motion to withdraw (Filing No. 110) is GRANTED.

DATED this 24th day of October, 2005.

BY THE COURT:

s/ William Jay Riley
United States Circuit Judge
(Sitting by Designation)